**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Omar LIZARRAGA–CEDANO,**
**Defendant–Appellant.**

No. 07–35846.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 8, 2010.

Stephanie A. Van Marter, Assistant U.S., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Omar Lizarraga–Cedano, Lompoc, CA, pro se.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Federal prisoner Omar Lizarraga–Cedano appeals pro se from the district court's

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

order denying his 28 U.S.C. § 2255 habeas motion. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Lizarraga–Cedano contends that counsel was ineffective for failing to adequately challenge 1) the probation officer's recommended 2–level increase to the offense level; 2) the sufficiency of the evidence supporting his conspiracy conviction; and 3) the sufficiency of the evidence supporting his possession conviction.

Each of these contentions lacks merit because Lizarraga–Cedano has failed to demonstrate a reasonable probability that the outcome of trial would have been different, but for counsel's alleged errors. *See Strickland v. Washington,* 466 U.S. 668, 694, 697, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

We construe appellant's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.